# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| LOUIS HINTZE BRIGGS II, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV415-062 |
| CAROLYN W. COLVIN, *Acting Commissioner of Social Security*, | ) |
| Defendant. | ) |

## ORDER

The Court having reviewed and considered the petition of Daniel S. Jones of the law firm of Harry J. Binder & Charles E. Finder, 60 East 42nd Street, Suite 520, New York, New York 10165, for permission to appear pro hac vice on behalf of plaintiff Louis Hintze Briggs II, in the above-captioned case,

Said request is hereby **GRANTED** and the Clerk is **DIRECTED** to enter Daniel S. Jones, as counsel of record for plaintiff Louis Hintze Briggs II, in this case.

**SO ORDERED** this __30th__ day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA