IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LOUIS HINTZE BRIGGS II, )
)
    Plaintiff, )
)
v. ) CASE NO. CV415-062
)
CAROLYN W. COLVIN, Acting )
Commissioner of Social )
Security, )
)
    Defendant. )
)

**O R D E R**

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 15), to which no objections have been filed. After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's report and recommendation. Accordingly, the Report and Recommendation is **ADOPTED** as the Court's opinion and this case is **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further consideration. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this /ST day of June 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA