# United States District Court
## Southern District of Georgia

Louis Hintze Briggs II,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV415-62,

Carolyn Colvin,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 6/1/16, adopting the Report and Recommendation, judgment is hereby entered remanding the case to the Commissioner for further proceedings.

| 6/2/16 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | Walker Prescott |
| | (By) Deputy Clerk |