FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 AUG -3 AM 11: 26

CLERK
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

LOUIS HINTZE BRIGGS, II, )
)
Plaintiff, )
)
v. )      CASE NO. CV415-062
)
CAROLYN W. COLVIN, Acting )
Commissioner of Social Security, )
)
Defendant. )
_____ )

**O R D E R**

Before the Court is the Parties Joint Stipulation for Resolution of Petition for EAJA Fees. (Doc. 19.) The Court has carefully considered the application for attorney's fees and costs and finds that Plaintiff meets the requirements set forth in Jean v. Nelson, 863 F.2d 759, 765 (11th Cir. 1988) (holding that to recover attorney's fees "(1) the litigant opposing the United States must be a prevailing party; (2) the government's position must not have been substantially justified; and (3) there must be no circumstances that make an award against the government unjust"). Accordingly, Plaintiff is **AWARDED** the requested $4,403.47 in attorneys' fees and $400 in costs. Upon the entry of this order, the Commissioner will determine whether Plaintiff owes a debt to the government that qualifies under the Treasury Offset Program, 31 U.S.C. §§ 3711, 3716. If Plaintiff owes such a debt, the fee award will be applied towards its

settlement and the Treasury Department should issue a check for the remaining funds made payable to Plaintiff and mail the check to Plaintiff's counsel. If Plaintiff does not owe such a debt, the government will accept the assignment of EAJA fees and pay such fees directly to Plaintiff's attorney.

SO ORDERED this ____ day of August 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA